1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12         Plaintiff,            )    NO. 2:12-CR-225 MCE
                                )
13     v.                        )    APPLICATION FOR ORDER
                                )    UNSEALING FILES
14 ZAKIR BABATOV,                )
                                )
15         Defendant.            )
   _____)
16

17     On June 20, 2012, an indictment was filed in the above-
18 referenced case.  Since the defendant has now been arrested, it is
19 no longer necessary for the indictment to be sealed.  The government
20 respectfully requests that the indictment and this case be unsealed.
21 DATED: October 2, 2012
22                                    Respectfully submitted,
23                                    BENJAMIN B. WAGNER
                                      United States Attorney
24
25                                 By:/s/ R. Steven Lapham
                                      R. STEVEN LAPHAM
26                                    Assistant U.S. Attorney
27
28

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,               )<br>                                   )<br>     v.                            )<br>                                   )<br> ZAKIR BABATOV,                    )<br>                                   )<br>          Defendant.               )<br> _____ ) | NO. 2-12-CR-225 MCE<br><br>ORDER UNSEALING<br>FILES |

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the files in the above-referenced case be, and hereby are, UNSEALED.

DATED: October 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
Babatov Unsealing.wpd