FILED
October 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-cr-00225-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ZAKIR BABATOV, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Zakir Babatov</u>; Case <u>2:12-cr-00225-MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

\_\_ Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of $100,000, co-signed by defendant's friend.

\_\_ Appearance Bond with 10% Deposit

\_\_ Appearance Bond secured by Real Property

\_\_ Corporate Surety Bail Bond

_X_ (Other) <u>Pretrial Supervision/Conditions</u>.

Issued at <u>Sacramento, CA</u> on <u>October 4, 2012</u> at <u>2:55 p.m.</u>

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge