```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ZAKIR BABATOV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00225-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| ZAKIR BABATOV, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant, Zakir Babatov, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 18, 2014 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to January 15, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that Ms. Radekin was just retained in this matter on December 11, 2014 and needs time to review discovery, for investigation and for other defense preparation.  The Court is advised that

1  Ms. Rodriguez concurs with this request and has authorized Ms. Radekin to
2  sign this stipulation on her behalf.
3       The parties further agree and stipulate that the time period from the
4  filing of this stipulation until January 15, 2015 should be excluded in
5  computing time for commencement of trial under the Speedy Trial Act, based
6  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
7  Code T4, to allow reasonable time necessary for effective defense
8  preparation.  It is further agreed and stipulated that the ends of justice
9  served in granting the request outweigh the best interests of the public and
10 the defendant in a speedy trial.
11      Accordingly, the parties respectfully request the Court adopt this
12 proposed stipulation.
13 IT IS SO STIPULATED
14 Dated: December 15, 2014                BENJAMIN WAGNER
                                           United States Attorney
15
                                       By:   /s/ Michelle Rodriguez
16                                           MICHELLE RODRIGUEZ
                                             Assistant United States Attorney
17
18 Dated: December 15, 2014                 /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
19                                           Attorney for Defendant
                                             ZAKIR BABATOV
20
21
                                    ORDER
22
       For the reasons set forth in the accompanying stipulation and
23
   declaration of counsel, the status conference date of December 18, 2014 at
24
   9:00 a.m. is VACATED and the above-captioned matter is set for status
25
   conference on January 15, 2015 at 9:00 a.m.  The Court finds excludable time
26
   in this matter through January 15, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv)
27
   and Local Code T4, to allow reasonable time necessary for effective defense
28

                         Stipulation and Order - 2

1  preparation.  For the reasons stipulated by the parties, the Court finds that
2  the interest of justice served by granting the request outweigh the best
3  interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
4  3161(h)(7)(A), (h)(7)(B)(iv).
5       IT IS SO ORDERED.
6  DATED:   December 24, 2014

   _____
   MORRISON C. ENGLAND, JR, CHIEF JUDGE
   UNITED STATES DISTRICT COURT