ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ZAKIR BABATOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00225-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| ZAKIR BABATOV, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

　　　Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant, Zakir Babatov, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 15, 2014 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to February 19, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

　　　The reason for this request is that Ms. Radekin needs additional time to consult with an immigration attorney regarding the immigration consequences of the proposed plea agreement conveyed by the government, and for the parties to finalize the plea agreement.  Ms. Radekin was retained in

1  this case on December 11, 2014.  She has reviewed the bulk of the discovery
2  and investigation completed by prior counsel, and Ms. Radekin and Ms.
3  Rodriguez have been in discussions regarding the terms of a plea agreement.
4  From such discussions it appears likely that the case will resolve; however,
5  it first necessary that Ms. Radekin consult with an immigration attorney
6  regarding the immigration consequences of any potential plea agreement.  The
7  Court is advised that Ms. Rodriguez concurs with this request and has
8  authorized Ms. Radekin to sign this stipulation on her behalf.

9   The parties further agree and stipulate that the time period from the
10 filing of this stipulation until February 19, 2015 should be excluded in
11 computing time for commencement of trial under the Speedy Trial Act, based
12 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
13 Code T4, to allow reasonable time necessary for effective defense
14 preparation.  It is further agreed and stipulated that the ends of justice
15 served in granting the request outweigh the best interests of the public and
16 the defendant in a speedy trial.

17   Accordingly, the parties respectfully request the Court adopt this
18 proposed stipulation.

19 IT IS SO STIPULATED

20 Dated: January 13, 2015                  BENJAMIN WAGNER
                                            United States Attorney
21
                                       By:  /s/ Michelle Rodriguez
22                                          MICHELLE RODRIGUEZ
                                            Assistant United States Attorney
23

24 Dated: January 13, 2015                  /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
25                                          Attorney for Defendant
                                            ZAKIR BABATOV
26

27

28

1                                ORDER

2      For the reasons set forth in the accompanying stipulation and
3 declaration of counsel, the status conference date of January 15, 2015, at
4 9:00 a.m. is VACATED and the above-captioned matter is set for status
5 conference on February 19, 2015, at 9:00 a.m.  The Court finds excludable
6 time in this matter through February 19, 2015 under 18 U.S.C.
7 § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for
8 effective defense preparation.  For the reasons stipulated by the parties,
9 the Court finds that the interests of justice served by granting the request
10 outweigh the best interests of the public and the defendant in a speedy
11 trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

12         IT IS SO ORDERED.

13 Dated:  January 14, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT