```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ZAKIR BABATOV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00225-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| ZAKIR BABATOV, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant, Zakir Babatov, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 19, 2015 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to March 12, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that the government needs additional time to consider a proposed plea agreement offered by the defense, which includes consulting with the investigating agency involved.  Further, the parties need additional time to finalize any plea agreement, and Ms. Radekin

Stipulation and Order - 1

must go over any final plea agreement with her client.  Finally, the defense is still engaged in research and investigation related to intended loss and restitution.  The Court is advised that Ms. Rodriguez concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 12, 2015 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 16, 2015          BENJAMIN WAGNER
                                  United States Attorney

                             By:  /s/ Michelle Rodriguez
                                  MICHELLE RODRIGUEZ
                                  Assistant United States Attorney

Dated: February 16, 2015          /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  ZAKIR BABATOV

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of February 19, 2015 at 9:00 a.m. is VACATED and the above-captioned matter is set for status

conference on March 12, 2015 at 9:00 a.m.  The Court finds excludable time in this matter through March 12, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

    IT IS SO ORDERED.

Dated:  February 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT