ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ZAKIR BABATOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-cr-00225-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **REQUEST FOR ORDER AND** |
| v. | ) | **ORDER TO EXONERATE BOND AND** |
| | ) | **RETURN TRAVEL DOCUMENTS** |
| ZAKIR BABATOV, | ) | |
| Defendant. | ) | |

On October 4, 2014, this Court ordered Mr. Babatov's release on a $100,000 unsecured bond. One of the conditions of his pre-trial release was that he surrender his passport or other travel documents. That same day, he surrendered his Russian and U.S. passports/travel documents. Docket nos. 9, 10, 11, 12, 14.

On July 16, 2015, Mr. Babatov was sentenced to 36 months of probation. It is not a condition of his probation that the court maintain custody of his travel documents. Docket nos. 65, 66.

Accordingly, as Mr. Babatov is no longer on pre-trial release and is currently serving his sentence, he respectfully requests that the Court exonerate the bond posted to secure his release and return his travel documents.

/ /

Dated: August 7, 2015                              Respectfully Submitted,


                                                   /s/ Erin J. Radekin
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   ZAKIR BABATOV

**ORDER**

   Good cause appearing, IT IS HEREBY ORDERED that the bond posted to secure the release of the defendant, Zakir Babatov, be exonerated and that his U.S. and Russian passports/travel documents surrendered to the court be returned to him.

   IT IS SO ORDERED.

Dated:  August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Request to Exonerate Bond and Return Travel Documents - 2